**MARY ORALIA BERRY**
**OFFICIAL COURT REPORTER**
**100 DOLOROSA -- 285TH DISTRICT COURT**
**BEXAR COUNTY COURTHOUSE**
**SAN ANTONIO, TEXAS   78205**
**PHONE:   (210)335-2289**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/23/2015 3:08:24 PM
KEITH E. HOTTLE
Clerk

April 23, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas   78205-3037

RE: Court of Appeals No. 04-14-00913-CV
    Trial Court Cause No. 2008-CI-00027
    Style:  *David Medrano*
            *v.*
            *Fidelity National Insurance Company,*
            *Successor by Merger Lawyers Title Insurance*
            *Corporation, Barclays Capital Real Estate,*
            *Inc., d/b/a HomEq, as Servicing Agent for*
            *Deutsche Bank National Company as Trustee*

Dear Fourth Court of Appeals:

I am working on my estimate of costs for the Supplemental Reporter's Record requested by both Mr. Thomas Quirk and Ms. Valerie Henderson.  The Supplemental Reporter's Record Requests, request a duplication of some of the Reporter's Record that has already been filed with you, and some portions which have not been prepared yet, but are a duplicate request. I need clarification on what I need to prepare for the Supplemental Reporter's Record(s).

Celine Hinojosa testified all day on May 15, 2014.   She was the only witness that day.  Mr. Quirk is requesting all of Celine Hinojosa's testimony.  Ms. Henderson is requesting all the proceedings which occurred on May 15, 2014.  Thus, they are both requesting the same thing.

Mr. Quirk is requesting all of David Medrano's testimony.  All of David Medrano's testimony has already been included in Volumes 6 and 7 of the Reporter's Record that has been filed with you.

Mr. Quirk is requesting all of the exhibits.  I have already submitted some of the exhibits in Volume 8 of the Reporter's Record, but not all of them.  For the Supplemental Reporter's Record, I can include just those

that are missing from the Reporter's Record or all of them as requested by Mr. Quirk.

Mr. Quirk is requesting all of the final arguments. I have already submitted some of the final arguments in Volume 7 of the Reporter's Record, but not all of them. For the Supplemental Reporter's Record, I can include just those final arguments that are missing from the Reporter's Record or all of them as requested by Mr. Quirk.

On June 9, 2014, about half an hour was spent on motions and argument when we began the day. Then Todd Prins argued a Motion to Quash, which has been included in Volume 5 of the Reporter's Record. A short motion was presented by Mr. Bryan Lopez, and then Celine Hinojosa testified from 10:53 a.m. to the end of the day on June 9, 2014.

Mr. Quirk has requested all of Celine Hinojosa's testimony. This request would include Celine Hinojosa's testimony from 10:53 a.m. to the end of the day on June 9, 2014. Valerie Henderson has requested all the proceedings which occurred on June 9, 2014. Thus, there is a duplication in these two supplemental requests of Celine Hinojosa's testimony from 10:53 a.m. to the end of the day on June 9, 2014.

I need clarification on what I need to prepare for the Supplemental Reporter's Record, whether or not I need to include any duplication, so that I can estimate the costs for said record.

Also, I need clarification on whether I need to prepare one Supplemental Reporter's Record, a combination of the requests by Mr. Quirk and Ms. Henderson, or if I need to prepare two Supplemental Reporter's Records, each reflecting the specific requests by Mr. Quirk and Ms. Henderson.

I am attaching the request for the Reporter's Record and two requests for the Supplemental Reporter's Record.

Thank you for your consideration of this matter. If you have any questions, please do not hesitate to call.

Sincerely,

Mary Oralia Berry

(Request For Court Reporter's Records)
Cause # 2008-CI-00027 (27 Feb 15)

ATN: Mary Berry (Court Reporter)

I want to order the testimonies of the following witnesses & Attorneys for my record on Appeal.

1. Celine Hinjosa testimony on both June 10, 2014 & June 11, 2014

2. David Medrano testimony on Both June 10, 2014 & June 11, 2014 And my Closing Arguments on June 11, 2014 (David Medrano)

3. Aaron Barton's Closing Arguments on June 11, 2014

4. All arguments Recorded OF Todd A. Prins & David Medrano on the Hearing to Quash Subpoena OF Todd A. Prins, on June 9, 2014

5. Plaintiff's Exhibit's [1, 2, 3, 6, 8, & 13]
6. Defendant's Exhibit's [1, 2, 3, 4, 5, 6, 7, 8, 9, 14 19, 21, 22, & 25]

Respectfully,
David Medrano
22715

LAW OFFICES OF
# AARON & QUIRK LLP
ATTORNEYS AT LAW

Thomas E. Quirk

Board Certified, Civil Trial Law,
Texas Board of Legal Specialization.

8700 CROWNHILL BLVD., SUITE 600
San Antonio, Texas 78209-1130

Telephone (210) 820-0211
Facsimile (210) 820-0214
E-mail: teq@aaron-quirk.com

March 2, 2015

Mary Oralia Berry, CSR, RMR, CRR
Official Court Reporter
285th District Court
100 Dolorosa
Bexar County Courthouse
San Antonio, Texas 78205

Brooke Wagner
Official Court Reporter
County Court at Law Number 10
100 Dolorosa
Bexar County Courthouse, Suite B.29
San Antonio, Texas 78205

RE:   Cause No.2008-CI-00027; Fidelity National Title Ins Co, Sucuccessor By Merger with Lawyers Title v. David Medrano and Celine Hinojosa v. Barclays Capital Real Estate Inc. et al.; In the District Court 37th Judicial District; Bexar County; Texas. Our File Number 678.0001

Dear Misses Berry and Wagner:

With regard to the above-referenced matter, in accordance with Rule 34.6(c)(2), Celine Hinojosa designates the following exhibits and testimony to be included in the Reporter's Record:

1.    **ALL** testimony by Celine Hinojosa;
2.    **ALL** testimony by David Medrano;
3.    **ALL** exhibits admitted into evidence; and
4.    **ALL** final arguments.

Thank you for your assistance in this matter.

Should you have any questions or concerns, please do not hesitate to contact us.

Very truly yours,

Law Offices of Aaron & Quirk

Thomas E. Quirk

F:\Client Files\678 Hinojosa\0001 Hinojosa\Ltr Ct Rpts 3-2-2015.wpd



1301 MCKINNEY STREET
SUITE 3700
HOUSTON, TEXAS 77010

PHONE:  713.650.9700
FAX:    713.650.9701

www.bakerdonelson.com

March 20, 2015

Mary Berry, CSR, RMR, CRR
285th District Court
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

Re:     Court of Appeals No. 04-14-00913-CV
        District Court Cause No. 2008-CI-00027; *Fidelity National Title Insurance Co, Successor By Merger with Lawyers Title v. David Medrano and Celine Hinojosa v. Barclays Capital Real Estate Inc., et al*; In the 37th Judicial District Court of Bexar County, Texas

Dear Ms. Berry:

With regard to the above-referenced matter, in accordance with Rule 34.6(c)(2) of the Texas Rules of Appellate Procedure, please supplement the reporter's record with:

1. The transcript from May 15, 2014 bench trial in the above-referenced matter.
2. The transcript from June 9, 2014 bench trial in the above-referenced matter.

Please do not hesitate to contact me if you have any questions. Thank you for your assistance in this matter.

Sincerely,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.

Valerie Henderson

CC:

Aaron M. Barton
Attorney at Law
2122 N. Main Ave.
San Antonio, Texas 78212
*Via Facsimile No. (210) 733-0330*

HO VAH 859144 v1
2914856-006657

ALABAMA • FLORIDA   GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON, D.C.

David Medrano
3500 Orkney Avenue
San Antonio, Texas 78223
***Via Regular Mail***

Thomas Quirk
Aaron & Quirk
8700 Crownhill Blvd., Suite 600
San Antonio, Texas 78209
***Via Facsimile No. (210) 820-0214***